UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-CV-81544-ROSENBERG/BRANNON

BURGERFI INTERNATIONAL, LLC,

    Plaintiff,

v.

SHREE AT PHILLY DOWNTOWN, LLC, et al.,

    Defendants.
_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

    This cause is before the Court on Defendants' Suggestion of Bankruptcy [DE 81]. The Court has been informed Defendants Shree at Philly Downtown LLC, Shree at Secaucus LLC, Infinite Development LLC and Infinite Management LLC have filed petitions for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania at the following case numbers: 16-18858; 16-18863; 16-18865; and 16-18867, respectively. Therefore, under 11 U.S.C. § 362, this action is automatically stayed. It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **STAYED** pending the outcome of the cases now before the United States Bankruptcy Court for the Eastern District of Pennsylvania at the following case numbers: 16-18858; 16-18863; 16-18865; and 16-18867.

2. Upon the resolution of each of those matters the Defendant involved is instructed to file a notice with the Court informing it of the outcome of that particular case.

3. Any party may move for the stay imposed by this Order to be lifted.

4. All pending deadlines are **TERMINATED**.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of December, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record